# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TROY STENVOLD,<br>   Plaintiff,<br><br>  v.<br><br>CCS COMPANIES d/b/a CREDIT COLLECTION SERVICES,<br>   Defendant | )<br>)<br>)<br>)<br>) **Case No.: 1:12-cv-10547-WGY**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


| /S/ Andrew M. Schneiderman | /S/ Craig Thor Kimmel |
|---|---|
| Andrew M. Schneiderman, Esquire | Craig Thor Kimmel, Esquire |
| Attorney ID # 666252 | Attorney ID # 662924 |
| Hinshaw & Culbertson, LLP | Kimmel & Silverman, P.C. |
| 28 State Street, 24th Fl. | 30 E. Butler Pike |
| Boston, MA 02109 | Ambler, PA 19002 |
| Phone: (617) 213-7000 | Phone: (215) 540-8888 |
| Email: ascheiderman@hinshawlaw.com | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: February 26, 2013 | Date: February 26, 2013 |

BY THE COURT:

_____
        J.